**Order entered December 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00958-CV

### LAKEITH AMIR-SHARIF, Appellant

### V.

### TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655**

## ORDER

Before the Court are appellant's November 14, 2013 motion for an extension of time to file a brief and appellant's November 25, 2013 third motion to supplement the record. We **DENY** appellant's third motion to supplement the record.

We **GRANT** appellant's motion for an extension of time to file a brief. Appellant shall file his brief on or before **JANUARY 31, 2014**. We caution appellant that if he fails to file a brief on or before **JANUARY 31, 2014**, **the appeal will be dismissed for want of prosecution without further notice**. *See* TEX. R. APP. P. 38.8(a)(1).

/s/     DAVID LEWIS
           JUSTICE
